UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANDREW J. ALTHAUS,<br><br>                    Defendant. | 6:19-PO-5040-KLD<br>Ticket Number: 6625138, 6625139 and 6625140<br>Location Code: M18<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Andrew J. Althaus, was present in court and entered a plea of guilty to the charges of: DISORDERLY CONDUCT WHICH CREATES LOUD/BOISTEROUS NOISE, ASSAULTING/RESISTING OR IMPEDING OFFICERS OR EMPLOYEES, and ASSAULTING/RESISTING OR IMPEDING OFFICERS OR EMPLOYEES.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $60.00 plus $40.00 in fees for DISORDERLY CONDUCT WHICH CREATES LOUD/BOISTEROUS NOISE, $60.00 plus $40.00 in fees for ASSAULTING/RESISTING OR IMPEDING OFFICERS OR EMPLOYEES, and $60.00 plus $40.00 in fees for ASSAULTING/RESISTING OR IMPEDING OFFICERS OR EMPLOYEES for a total of $300.00.  Defendant must pay by check or money order payable to "U.S.

COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .  **The fine shall be paid as follows: Fine shall be paid at $50.00 per month starting October 1, 2021, until paid in full.**

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 17, 2021.

_9/17/21_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge